UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROULAND ALNOUBANI, ON HER OWN BEHALF AND ALL SIMILARLY SITUATED INDIVIDUALS,**

**Plaintiffs,**

-vs-                                                                                      Case No. 6:11-cv-1149-Orl-28KRS

**M.E.F., INC., CHARBEL SAAB,**

**Defendants.**

_____

# ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. No. 30) filed August 7, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the Objection to the Report and Recommendation (Doc. No. 34), the Court sustains the Objection. The Court finds the installment payments set forth in the Settlement Agreement, allocated in the same proportion as the total amount of the recovery (20% to Plaintiff and 80% to Plaintiff's counsel), to be fair and reasonable. The Court otherwise agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.   That the Report and Recommendation filed August 30, 2012 (Doc. No. 33) is **ADOPTED** to the extent that the amounts are fair and reasonable, and the release and

confidentiality provisions are not fair and reasonable. To that extent, the Report and Recommendation is **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve Settlement Agreement is **DENIED.**

    3.    This case shall proceed pursuant to the Case Management and Scheduling Order (Doc. No. 19).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____ day of October, 2012.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record