**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROULAND ALNOUBANI, ON HER OWN BEHALF AND ALL SIMILARLY SITUATED INDIVIDUALS,**

        **Plaintiffs,**

**-vs-**                                      **Case No. 6:11-cv-1149-Orl-28KRS**

**M.E.F., INC., CHARBEL SAAB,**

        **Defendants.**

_____

# ORDER

This case is before the Court on the Second Joint Motion to Approve Settlement Agreement (Doc. No. 36) filed October 10, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 16, 2012 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Second Joint Motion to Approve Settlement Agreement (Doc. No. 36) is **GRANTED in part.**

    3.    The Court finds that the Settlement Agreement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."

4.     Counsel for Plaintiff is prohibited from withholding any portion of the $2,500.00 payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise.

5.     Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

6.     The Court declines to reserve jurisdiction to enforce the settlement agreement.

7.     This case is dismissed with prejudice.

8.     The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of November, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record